IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL A. ELKINTON,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                                  14-cv-341-wmc

JUDGE MARY ANN SUMI, *et al.*

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's request for leave to proceed *in forma pauperis* dismissing this case with prejudice as frivolous and for failure to state a claim upon which relief may be granted.

| /s/ | 5/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |